UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-00066-F

| | |
|---|---|
| PAMELA E. KNIGHT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| Defendant. ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 21st day of February, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge