UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-00066-F

| | | |
|---|---|---|
| PAMELA E. KNIGHT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
|     Defendant. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 21st day of February, 2012.

_____
JAMES C. FOX
Senior United States District Judge